THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* DELL KINGSLEY, Appellant.

*People* v. *Kingsley*, 173 App. Div. 985, affirmed.
(Argued October 19, 1916; decided November 3, 1916.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered May 10, 1916, which affirmed a judgment of the Warren County Court rendered upon a verdict convicting the defendant of the crime of rape in the second degree.

*Fred A. Bratt* and *Lyman Jenkins* for appellant.

*James S. Kiley, District Attorney,* for respondent.

Judgment affirmed under section 542 of the Code of Criminal Procedure; no opinion.
Concur: CHASE, CUDDEBACK, CARDOZO and POUND, JJ.
Dissenting: WILLARD BARTLETT, Ch. J., and COLLIN, J.